IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

AT ELKINS

FILED
DEC 2 0 2007
U.S. DISTRICT COURT
ELKINS WV 26241

ADRIENNE S. VANCE and
HOLLIS VANCE, her husband,

      Plaintiffs,

v.                              CIVIL ACTION NO. 2:07-CV-101

WAL-MART STORES EAST, LP,
an Arkansas corporation,

      Defendant.

## ORDER

On motion of counsel for plaintiff, Guy R. Bucci, and for good cause shown, it is hereby

ORDERED that Phillip A. Isner be and he hereby is permitted to withdraw as counsel for plaintiffs.

The Clerk is directed to mail a certified copy of this Order to all counsel of record

Entered this 20th day of December, 2007.

/s/ Robert E. Maxwell
Honorable Robert E. Maxwell

Presented by:

/s/ Guy R. Bucci
Guy R. Bucci, Esquire (WV State Bar # 0521)
J. Kristofer Cormany, Esquire (WV State Bar #7665)
BUCCI BAILEY & JAVINS, L.C.
213 Hale Street
P. O. Office Box 3712
Charleston, WV 25337
Telephone (304) 345-0346
Facsimile (304) 345-0375